ORDERED.

Dated: December 03, 2019

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 9:19-bk-10793-FMD
                                                                        Chapter 13
Ryan Lawson White,

    Debtor.
_____/

### ORDER TO SHOW CAUSE

THIS CASE came on for consideration of the Court's own motion for purposes of entering an appropriate order regarding whether the above-captioned case should be dismissed with prejudice and a filing prohibition imposed. After review of the record, it appears that this is Debtor's third bankruptcy case filed within the past year. The two prior cases were as follows:

| Case No. | Filed | Dismissed |
| --- | --- | --- |
| 9:19-bk-03945-FMD | 04/29/2019 | 06/07/2019 |
| 9:19-bk-07654-FMD | 08/14/2019 | 09/19/2019 |

The prior cases were dismissed for failure to file required documents, and Debtor did not pay the complete filing fee. In this case, as set forth in the Court's *Notice of Incomplete and/or Deficient Filing and Opportunity to Cure Deficiencies* (Doc. No. 6), Debtor has not filed Schedules A-J, Summary of Schedules, Statement of Financial Affairs, Chapter 13 Statement of Income, or a Chapter 13 Plan and has not paid the filing fee.

In view of the foregoing, Debtor, **Ryan Lawson White**, is directed to appear before the Court on **Thursday, December 19, 2019, at 2:00 p.m. in Room 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida**, to show cause why Bankruptcy Case Number 9:19-bk-10793-FMD should not be dismissed with prejudice and Debtor prohibited from filing another bankruptcy case for one year or for such time as the Court deems appropriate.

Failure of Debtor to appear before the Court may result in the entry of an order prescribing the relief described above, as well as any other relief the Court deems appropriate.

The Clerk's Office is directed to serve a copy of this Order on interested parties via CM/ECF and on Debtor via U.S. Mail.